No. 02–5105. BENDER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–5106. CUMMINGS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5107. DINKINS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–5108. ALEXANDER *v.* SACCHET ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–5109. PHILMORE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–5110. DALIA GONZALEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5111. ROGERS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–5112. GARCIA SANTOLLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5114. ARMSTEAD *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 02–5115. PITTMAN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–5116. ALEA, FKA PASHA *v.* SIMPSON, JUDGE, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF KENTUCKY. C. A. 6th Cir. Certiorari denied.

No. 02–5117. NAUSS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 02–5118. GARCIA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5120. TURNER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.